**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION**

| | | |
|---|---|---|
| WILLIAM GABLE, an individual doing business as GABLE ENTERPRISES, | § § § | |
| *Petitioner-Appellant* | § § § | **CIVIL ACTION NO. 2:17-cv-13** |
| vs. | § § | |
| B&D PRODUCE SALES LLC, | § § | |
| *Respondent-Appellee.* | § § § | |

**APPEAL PETITION FROM THE ORDER OF THE SECRETARY OF
AGRICULTURE PURSUANT TO 7 U.S.C. §499g(c)**

Petitioner-Appellant WILLIAM GABLE, an individual doing business as GABLE ENTERPRISES ("Gable" or "Petitioner"), through the undersigned counsel, and pursuant to 7 U.S.C. § 499g(c), hereby appeals from the "Order Denying Respondent's Petition to Reopen and Order on Reconsideration" dated February 9, 2017, which relates to the "Decision and Order" dated June 9, 2016, which awarded Gable reparations in the amount of $9,905.54 plus interest at the rate of 18% per annum from September 1, 2013 through the date of the June 9, 2016 Order, plus post judgment interest at the rate of 0.67 of one percent from the date of the June 9, 2016 Order until paid, plus the amount of the $500 filing fee. The February 9, 2017 Order increased the damage amount to $10,305.48 plus interest at the rate of 18% per annum from September 1, 2013 through the date of the February 9, 2017 Order, plus post judgment interest at the rate of 0.83 of one percent from the date of the February 9, 2017 Order until paid, plus the amount of the $500 filing fee.

## Prior Proceedings

1. Gable timely filed a formal Complaint with the Secretary against Respondent-Appellee B&D PRODUCE SALES LLC ("B&D" or "Respondent"), pursuant to Section 6 of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499f, for various breaches of contract by B&D in connection with multiple truckloads of watermelons shipped in the course of interstate commerce, for which Gable sought damages in the principal amount of at least $42,041.82.

2. Respondent filed an answer to the Complaint, denying liability to Gable.

3. The parties submitted pleadings and evidence pursuant to the documentary procedure provided for in the Rules of Practice, 7 C.F.R. §47.20.

4. On June 9, 2016, the Secretary issued a Decision and Order awarding damages to Gable in the amount of $9,905.54 plus interest at the rate of 18% per annum pursuant to the written agreement between the parties, from September 1, 2013 through the date of the Decision and Order (June 9, 2016), plus post judgment interest at the rate of 0.67 of one percent from the date of the June 9, 2016 Order until paid, plus the amount of the $500 filing fee. A copy of this June 9, 2016 Decision and Order is attached hereto as **Exhibit 1**.

5. On August 4, 2016, Gable filed a Petition for Reconsideration, to which Respondent filed a response.

6. On February 9, 2017, the Secretary issued an Order on Reconsideration, which increased the damage amount to $10,305.48 plus interest at the rate of 18% per annum from September 1, 2013 through the date of the February 9, 2017 Order, plus post judgment interest at the rate of 0.83 of one percent from the date of the February 9, 2017 Order until paid, plus the

amount of the $500 filing fee. A copy of this February 9, 2017 Order is attached hereto as **Exhibit 2**.

## Grounds for Relief

1. Gable seeks relief on the grounds that the Secretary of Agriculture erred by:

   a. Not considering all transactions and awarding damages in the correct amounts on all transactions due to numerous breaches of contract, consistent with the evidence;

   b. Not including damages for loads that were not disputed by B&D as being unpaid, and for which B&D failed to make any payments;

   c. Not awarding damages based on invoice amounts due when invoices were accepted and not objected to in a timely manner;

   d. Erroneously calculating damages based on improper measures and calculations of damages, inconsistent with the Uniform Commercial Code and PACA reparation precedent;

   e. Improperly considering U.S.D.A. inspections when notice of said inspections was neither timely nor in compliance with the written requirements for notification and procedure as set forth on sales and transportation documents;

   f. Incorrectly considering terms to be price after sale ("PAS") when evidence demonstrates PAS terms were never agreed to by the parties;

   g. Giving evidentiary weight to Accounts of Sale that are not proper or complete, and fail to provide the required details as set forth in the PACA and its regulations;

   h. Failing to properly apply PACA reparation case and regulatory precedent; and

        i.   Failing to properly weigh the evidence.

2.      Gable requests a trial *de novo* in order to modify the February 9, 2017 Order on Reconsideration, so that all damages are included in the Order.

3.      Gable requests a trial by jury.

4.      No bond is required since no reparation was awarded against Appellant Gable.

WHEREFORE, in accord with 7 U.S.C. §499g(c), Gable requests a trial *de novo* and modification of the Order of the Secretary of Agriculture, and that Gable be awarded damages in the full amount sought, plus pre-judgment and post-judgment interest pursuant to the written agreement between the parties, plus attorneys' fees and costs incurred pursuant to the written agreement between the parties, plus such other and further relief as this Court deems proper.

                                                          Respectfully submitted,

DATED: March 11, 2017       By:   /s/ Bart M. Botta
                                                       Bart M. Botta, Esq.
                                                       California State Bar No. 167051
                                                     Rynn & Janowsky, LLP
                                                     4100 Newport Place Drive, Suite 700
                                                     Newport Beach, California 92660
                                                     Tel: (949) 752-2911
                                                     Email: bart@rjlaw.com

                                                     Attorneys for Petitioner-Appellant

## **JURY DEMAND**

Petitioner Gable hereby respectfully requests jury trial in this matter.

                              Respectfully submitted,

DATED: March 11, 2017      By:    /s/ Bart M. Botta
                                      Bart M. Botta, Esq.
                                      California State Bar No. 167051
                                      Rynn & Janowsky, LLP
                                      4100 Newport Place Drive, Suite 700
                                      Newport Beach, California 92660
                                      Tel: (949) 752-2911
                                      Email: bart@rjlaw.com

                                      Attorneys for Petitioner-Appellant