AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
## Western District of Texas

**FILED MAY 24 2017**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

WILLIAM GABLE, an individual doing business as GABLE ENTERPRISES,
Petitioner-Appellant,

v.

B&D PRODUCE SALES, LLC,
Respondent-Appellee.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: DR-17-CV-013-AM/VRG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Plaintiff's claims asserted in this suit against the Defendant are DISMISSED WITH PREJUDICE as set forth in the stipulation. Each party shall bear its own costs and fees. IT IS FURTHER ORDERED that all motions pending in the instant action be DENIED as moot and that a clerk's judgment shall immediately issue. SIGNED this 24th day of May, 2017.

| 05/24/2017 | Jeannette J. Clack |
|---|---|
| Date | Clerk |
| | *[signature]* MG CIENEGA |
| | (By) Deputy Clerk |